UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM RICHARDSON, | ) | CASE NO. 1:16-cv-1583 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MEMORANDUM OPINION |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of Magistrate Judge David Ruiz, recommending that the decision of the Commissioner of Social Security ("Commissioner") denying the applications of plaintiff William Richardson ("plaintiff") for Period of Disability ("POD") and Disability Insurance Benefits ("DIB") under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423, *et seq.* ("Act"), be affirmed. (Doc. No. 14 (Report and Recommendation ["R&R"]).)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The R&R was issued on March 3, 2017. Plaintiff is represented by counsel. No objection to the R&R has been filed. The failure to file written objections to the report and recommendation of a magistrate judge constitutes a waiver of a de novo determination by the district court of an issue

covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed Magistrate Judge Ruiz's report and recommendation and adopts the same. Accordingly, the final decision of the Commissioner of Social Security denying plaintiff's applications for period of disability and disability insurance benefits under Title II of the Social Security Act is AFFIRMED. This case is dismissed.

**IT IS SO ORDERED**.

Dated: March 28, 2017

                **HONORABLE SARA LIOI**
                **UNITED STATES DISTRICT JUDGE**